

# RECONSIDERATION DOCKET

**01–1222.   Dardinger v. Anthem Blue Cross & Blue Shield.**
Licking App. Nos. 99CA127 and 99CA136. Reported at 93 Ohio St.3d 1451, 756 N.E.2d 115. On motion for reconsideration of court's denial of cross-appeal. Motion denied.
  MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1258.   Luckenbill v. Midwestern Indemn. Co.**
Darke App. No. 01CA1536. Reported at 93 Ohio St.3d 1466, 757 N.E.2d 377. On motion for reconsideration. Motion denied.
  DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–1300.   Stone v. Medaglia–Dell.**
Cuyahoga App. No. 78293. Reported at 93 Ohio St.3d 1451, 756 N.E.2d 115. On motion for reconsideration of Ernest Jurkuta, Executor, and motion for substitution of Ernest Jurkuta, Executor of the Estate of Donna Stone, as appellant. Motions granted and discretionary appeal allowed.
  PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1324.   State ex rel. Miller v. Fifth Dist. Court of Appeals.**
In Mandamus. Reported at 93 Ohio St.3d 1444, 756 N.E.2d 110. On motion for reconsideration. Motion denied.

**01–1327.   Robinson v. Springfield Local School Dist. Bd. of Edn.**
Summit App. No. 20186. Reported at 93 Ohio St.3d 1452, 756 N.E.2d 115. On motion for reconsideration. Motion denied.

**01–1359.   Progressive Preferred Ins. Co. v. Derby.**
Fulton App. No. F–01–002. Reported at 93 Ohio St.3d 1452, 756 N.E.2d 116. On motion for reconsideration. The motion fails for want of four votes on the following vote:
  PFEIFER, COOK and LUNDBERG STRATTON, JJ., vote to deny.
  MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., vote to grant.
  RESNICK, J., not participating.

**01–1389.   State ex rel. Pointer v. Wilkinson.**
In Mandamus. Reported at 93 Ohio St.3d 1444, 756 N.E.2d 110. On motion for reconsideration. Motion denied.

**01–1678.   Luckenbill v. Midwestern Indemn. Co.**
Darke App. No. 01CA1536. Reported at 93 Ohio St.3d 1466, 757 N.E.2d 377. On motion for reconsideration. Motion granted and certified conflict accepted.
  MOYER, C.J., and COOK, J., concur and would also hold this cause for the decision in 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251.
  RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.